**CORNELL UNIVERSITY and Cornell Research Foundation, Inc., Plaintiffs–Cross Appellants,**

v.

**HEWLETT–PACKARD COMPANY, Defendant–Appellant.**

Nos. 2009–1335, 2009–1336.

United States Court of Appeals, Federal Circuit.

July 7, 2010.

Before PROST and MOORE, Circuit Judges and GUILFORD *, District Judge.

ON MOTION

*ORDER*

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, Appellant Hewlett–Packard Company and Cross–Appellants Cornell University and Cornell Research Foundation, Inc. stipulate and agree that their appeals be dismissed and that the parties shall bear their own costs on appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Appeals 2009–1335 and–1336 are dismissed. Each side shall bear their own costs.

* Honorable Andrew J. Guilford, District Judge, United States District Court for the Central

**Ricky L. HILLIARD, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3291.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

Nathaniel M. Jones, Law Offices of Nathaniel M. Jones, Oak Park, IL, for Petitioner.

Alex P. Hontos, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

District of California, sitting by designation.